AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas
### Pecos Division

**FILED**
March 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Guadalupe Sanchez-Vargas | ) Case No. PE: 23-MJ-110 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 7, 2023** in the county of **Brewster** in the **WESTERN DISTRICT OF TEXAS**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Defendant, 8 USC 1324(a)(1)(A)(ii)&(B)(ii) | Defendant did knowingly and in reckless disregard of the fact that certain aliens had come to, entered, and/or remained in the United States in violation of law, did guide, transport, move, and attempt to guide and move said aliens within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

**Border Patrol Agent Marissa Martinez**
*Printed name and title*

OATH TELEPHONICALLY SWORN
AT  09:00  A.M.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 03/10/2023

City and state: Alpine, Texas

*Judge's signature*

Honorable Judge David B. Fannin
United States Magistrate Judge

# AFFIDAVIT

United States of America
v.
**Defendant:**
1) Jose Sanchez-Vargas

On March 7, 2023, Border Patrol Agents (BPA) Cavin Moloney, Dillon Betler, Seth Davison, and Bryan Ceballos were assigned to roving patrol on Highway 385, near Marathon, Texas. Highway 385 is a remote, two-lane highway that connects the Big Bend National Park to Alpine, Texas. Due to the vastness of the area, smugglers of both illegal aliens and narcotics frequently utilize the area.

At approximately 10:30 p.m., a white recreational vehicle (RV) passed the BPAs location, one mile north of the Highway 385 and Highway 90 split near Marathon, Texas. As the RV passed their location, BPAs observed a single male adult driver traveling at a low rate of speed and being followed by a Texas Department of Public Safety (DPS) Trooper. DPS Trooper Zachary Vasquez activated his emergency lights to initiate a traffic stop due to the RVs expired registration. BPA Davison activated his emergency lights to assist Trooper Vasquez. Trooper Vasquez began questioning the driver, identified as Jose Sanchez-Vargas, on the suspicious odor consistent with marijuana. Sanchez-Vargas then admitted to having possession of personal use marijuana located in the front console.

Trooper Vasquez instructed Sanchez-Vargas to exit the RV and stand next to his service vehicle. Trooper Vasquez then entered the RV in order to retrieve the marijuana when he discovered multiple subjects attempting to conceal themselves inside the RV. With the help of BPAs Davison and Betler, Trooper Vasquez instructed the subjects to exit the RV. BPAs Betler and Davison introduced themselves as Border Patrol Agents and conducted an immigration inspection. All individuals freely admitted to being in the United States illegally with no proper documentation allowing them to remain the United States legally. Sanchez-Vargas was placed under arrest by Trooper Vasquez and taken to the Brewster County Jail. The remaining individuals were placed under arrest by Border Patrol Agents and transported to the Alpine Border Patrol Station for further processing.

On March 8, 2023, at approximately 9:34 a.m. BPA Marissa Martinez and BPA-P Martin Salisbury Jr. attempted to interview Sanchez-Vargas at the Brewster County Jail. BPA Martinez read Sanchez-Vargas his Miranda Rights via CBP form I-214 witnessed by BPA-P Salisbury Jr. Sanchez-Vargas invoked his right to remain silent and no further questioning was conducted.

At approximately 10:30 a.m. BPA Martinez read Edgar Espinoza-Ruiz his Miranda Rights via CBP form I-214 witnessed by BPA-P Salisbury Jr. Espinoza-Ruiz waived his rights and agreed to answer questions. Espinoza-Ruiz stated that he knew he illegally entered the United States that same day he was apprehended along with the 7 other individuals. Espinoza-Ruiz stated that Sanchez-Vargas was in a dark in color pick-up truck with a metal bed cover waiting to pick them up. Espinoza-Ruiz stated he was instructed to slide in through the tailgate along with 5 others. 2

subjects rode inside the truck with the driver. Espinoza-Ruiz stated that he did not feel free to move inside the bed of the truck, and that it was hard to breathe. Espinoza-Ruiz stated that they drove to the RV's location where they would switch vehicles. The truck was now being operated by an unidentified female acting as a scout and Sanchez-Vargas was now the driver of the RV. Espinoza-Ruiz stated that Sanchez-Vargas was aware of the upcoming Border Patrol Checkpoint and instructed them to hide in the living compartment as well as the restroom and lock the doors. Espinoza-Ruiz stated that shortly after that, they heard Border Patrol Agents and the DPS Trooper instructing them to get out of the RV and placed them under arrest.

_____
Border Patrol Agent


_____
David B. Fannin
United States Magistrate Judge